UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FERRIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GORDON & WONG LAW GROUP, P.C.,<br><br>　　　　Defendant. | No. 2:14-cv-00356-GEB-DAD<br><br><br>**ORDER** |

On November 17, 2014, Plaintiff's counsel filed an ex parte motion, in which he requests "an Order continuing the [November 17, 2014] motion hearing and filing deadline in this case[, or] in the alternative, . . . leave to file and have heard, a Motion to Withdraw as Counsel, past the [referenced] Motion hearing deadline . . . ." (Pl.'s Ex Parte Mot. 1:23-2:3, ECF No. 18.)

Review of the ex parte motion caused the Court to consider whether it was intended that the November 17, 2014 "last hearing date for a motion" prescribed in the May 2, 2014 Status Order governs the withdrawal motion Plaintiff's attorney seeks to file and have heard. (See Status Order 2:5-10.) Since that is

1

unclear, the withdrawal motion Plaintiff's counsel seeks to file is not considered governed by that deadline.

Since the relief requested has not been shown to be necessary, Plaintiff's ex parte motion is denied.

Dated: November 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2